O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAZMIN ROSSIER,<br><br>　　　　　Petitioner,<br>vs.<br>JAVIER CAVAZOS, Warden,<br>　　　　　Respondent. | ) ) ) ) ) ) ) ) ) ) ) | Case No.  CV 11-2778-R (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is GRANTED and petitioner's stay-and-abeyance request is DENIED.

/ / /
/ / /
/ / /
/ / /
/ / /

1

1     IT IS FURTHER ORDERED that, unless petitioner files a notice of withdrawal
2 of Grounds Four and Seven of the First Amended Petition within thirty (30) days of
3 the entry of this Order, Judgment be entered dismissing this action without prejudice
4 for failure to exhaust state remedies.

6 Dated: __April 26, 2012__

                                          MANUEL L. REAL
                                          UNITED STATES DISTRICT JUDGE