JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAZMIN ROSSIER, | ) | Case No. CV 11-2778-R (DTB) |
| Petitioner, | ) ) ) | **J U D G M E N T** |
| vs. | ) ) | |
| JAVIER CAVAZOS, Warden, | ) ) | |
| Respondents. | ) ) | |

On April 26, 2012, the Court entered an order granting respondent's Motion to Dismiss and ordering petitioner to file a notice of withdrawal of Grounds Four and Seven of the First Amended Petition on or before May 26, 2012.  Petitioner was advised that her failure to do so would result in Judgment being entered dismissing this action without prejudice for failure to exhaust state remedies.  Petitioner failed to file a notice of withdrawal of Grounds Four and Seven within the allotted time.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to exhaust state remedies.

Dated: _June 25, 2012_

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE